1  MARK J. BOURASSA, ESQ. (NBN 7999)
2  JENNIFER A. FORNETTI, ESQ. (NBN 7644)
   VALERIE S. CHRISTIAN, ESQ. (NBN 14716)
3  JOSEPH P. WALDMAN, ESQ. (NBN 17010)
   **THE BOURASSA LAW GROUP**
4  2350 W. Charleston Blvd., Suite 100
   Las Vegas, Nevada 89102
5  Telephone:      (702) 851-2180
6  Facsimile:      (702) 851-2189
   Email:          *mbourassa@blgwins.com*
7                  *jfornetti@blgwins.com*
                   *vchristian@blgwins.com*
8                  *jwaldman@blgwins.com*
9
   *Attorneys for Plaintiff*
10                **UNITED STATES DISTRICT COURT**
                  **DISTRICT OF NEVADA**
11

12  ROWENA NAVARRETTE, an individual,            Case No. 2:24-cv-02136-RFB-DJA
13
    Plaintiff,
14                                                **STIPULATION AND ORDER DISMISSING**
    vs.                                           **VIKAS KHORANA AND BRIAN**
15                                                **JOHNSON**
    NTOOITIVE DIGITAL, LLC, a domestic limited-
16  liability company, VIKAS KHORANA, an
    individual, BRIAN JOHNSON, an individual, DOES
17  1-20, inclusive,

18                Defendant.

19

20       Plaintiff ROWENA NAVARRETTE by and through her counsel of record, The Bourassa Law

21  Group, and Defendants VIKAS KHORANA and BRIAN JOHNSON by and through their counsel of

22  record, Jackson Lewis, P.C. stipulate as follows:

23       1.     Defendant VIKAS KHORANA, in his individual capacity, is dismissed from this action

24  without prejudice;

25       2.     Defendant BRIAN JOHNSON, in his individual capacity, is dismissed from this action

26  without prejudice;

27  */ / /*

28  */ / /*

1       3.      Each party will bear their own attorney's fees and costs pursuant to this dismissal.

2  **IT IS SO AGREED AND STIPULATED:**

3       DATED this 19th day of December 2024.

THE BOURASSA LAW GROUP        JACKSON LEWIS P.C.

By: */s/ Jennifer A. Fornetti*        By: */s/ Deverie J. Christensen*
Mark J. Bourassa, Esq. (NBN 7999)    Deverie J. Christensen, Esq. (NBN 6596)
Jennifer A. Fornetti, ESQ. (NBN 7644)   300 S. Fourth Street, Suite 900
Valerie S. Christian, ESQ. (NBN 14716)  Las Vegas, NV 89101
Joseph P. Waldman, ESQ (NBN 17010)   Victor N. Corpuz. (*Admitted Pro Hac Vice*)
2350 W. Charleston Blvd., Suite 100    Kelsey R. Sherman, Esq. (*Admitted Pro Hac Vice*)
Las Vegas, Nevada 89102         500 North Akard Street, Suite 2500
                            Dallas, TX 75201
*Attorneys for Plaintiff*           *Attorneys for Defendant*

       **IT IS SO ORDERED.**

       **IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 17) by Defendants Vikas Khorana and Brian Johnson is **DENIED** as moot. See also ECF No. 21.



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** December 20, 2024.

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of The Bourassa Law Group, and that on this date I caused to be served a true copy of **STIPULATION AND ORDER DISMISSING VIKAS KHORANA AND BRIAN JOHNSON** on all parties to this action by the method(s) indicated below:


  X    by using the Court's CM/ECF Electronic Notification System which will send notification of such filing to the email addresses registered in CM/ECF system as denoted on the Electronic Mail Notice List.


DATED:  This 19th day of December, 2024.


       */s/ Kylie B. VanderMiller*
       Employee of The Bourassa Law Group

1