MARK J. BOURASSA, ESQ. (NBN 7999)
JENNIFER A. FORNETTI, ESQ. (NBN 7644)
VALERIE S. CHRISTIAN, ESQ. (NBN 14716)
JOSEPH P. WALDMAN, ESQ. (NBN 17010)
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Telephone:   (702) 851-2180
Facsimile:    (702) 851-2189
Email:         *mbourassa@blgwins.com*
                   *jfornetti@blgwins.com*
                   *vchristian@blgwins.com*
                   *jwaldman@blgwins.com*

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROWENA NAVARRETTE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NTOOITIVE DIGITAL, LLC, a domestic limited-liability company, VIKAS KHORANA, an individual, BRIAN JOHNSON, an individual, DOES 1-20, inclusive,<br><br>Defendant. | Case No. 2:24-cv-02136-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff ROWENA NAVARRETTE by and through her counsel of record, The Bourassa Law Group, and Defendants NTOOITIVE DIGITAL, LLC by and through their counsel of record, Jackson Lewis, P.C. stipulate as follows:

1. The above-captioned matter shall be dismissed in its entirety, with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

2. Each party will bear their own attorney's fees and costs pursuant to this dismissal.

**IT IS SO AGREED AND STIPULATED:**

DATED this 7th day of May 2025.

| THE BOURASSA LAW GROUP | JACKSON LEWIS P.C. |
|---|---|
| By: */s/ Jennifer A. Fornetti* | By: */s/ Deverie J. Christensen* |
| Mark J. Bourassa, Esq. (NBN 7999) | Deverie J. Christensen, Esq. (NBN 6596) |
| Jennifer A. Fornetti, ESQ. (NBN 7644) | 300 S. Fourth Street, Suite 900 |
| Valerie S. Christian, ESQ. (NBN 14716) | Las Vegas, NV 89101 |
| Joseph P. Waldman, ESQ (NBN 17010) | Victor N. Corpuz, Esq. (*Admitted Pro Hac Vice*) |
| 2350 W. Charleston Blvd., Suite 100 | Kelsey R. Sherman, Esq. (*Admitted Pro Hac Vice*) |
| Las Vegas, Nevada 89102 | 500 North Akard Street, Suite 2500 |
| | Dallas, TX 75201 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**IT IS SO ORDERED.**

**DATED**: this 7th day of May, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of The Bourassa Law Group, and that on this date I caused to be served a true copy of **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** on all parties to this action by the method(s) indicated below:

  X    by using the Court's CM/ECF Electronic Notification System which will send notification of such filing to the email addresses registered in CM/ECF system as denoted on the Electronic Mail Notice List.

DATED: This 7th day of May, 2025.

*/s/ Kylie B. VanderMiller*
Employee of The Bourassa Law Group